# United States District Court
# For The Western District of North Carolina
# Asheville Division

CONNIE SWAFFORD,

       Plaintiff,                     JUDGMENT IN A CIVIL CASE

vs.                                      1:11cv274

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration ,

       Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/27/2012 Order of Remand.

                                        Signed: March 27, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court